UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAY SIMMONS,<br>Plaintiff,<br>v.<br>TRANSUNION LLC,<br>Defendant. | No. 2:26-cv-0346-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding pro se, has filed this action seeking relief under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 10.) Plaintiff has not filed objections to the findings and recommendations and the time to do so has elapsed.

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed August 11, 2026 (ECF No. 10) are ADOPTED in full; and

2. This action is dismissed, without prejudice, for failure to prosecute and failure to comply with the Court's order. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

IT IS SO ORDERED.

DATE: October 29, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE